UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Pheasant Lane Realty Trust</u>

    v.                                                                                            Civil No. 07-cv-4-JL

<u>Pawsenclaws & Co., LLC et al</u>

## **J U D G M E N T**

In accordance with the December 5, 2008 Order of District Judge Joseph N. Laplante dismissing the case with prejudice, judgment is hereby entered.

                                                    By the Court,

                                                    <u>*/s/ James R. Starr*</u>
                                                    James R. Starr, Clerk

December 10, 2008

cc:     William B. Pribis, Esq.
          Jennifer A. O'Brien, Esq.